

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

Elizabeth Diaz

Defendant.

Case No. 2:18-MJ-02467

**ORDER OF DETENTION AFTER HEARING**

[Fed.R.Crim.P. 32.1(A)(6); 18 U.S.C. § 3143(A)]

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Southern District of California for alleged violation(s) of the terms and conditions of ~~his~~/her [~~probation~~] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on Defendant submitted to detention.

and/or

B. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: _Defendant submitted to detention._

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 9/17/2018

_____
ALEXANDER F. MacKINNON
UNITED STATES MAGISTRATE JUDGE